IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MATTHEW CANTERBURY,

        Plaintiff,

v.                                       CIVIL ACTION NO. 3:18-1440

WESTERN REGIONAL JAIL AUTHORITY;
CAPTAIN ALDRAGE;
CAPTAIN SAVILLA; and
ANY C.O. THAT HAS WORKED IN A5 SECTION,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendants' Motion to Dismiss (ECF No. 14); deny Defendants' Motion for Summary Judgment as moot (ECF No. 21); dismiss the Complaint, with prejudice (ECF No. 2); and remove this matter from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Defendants' Motion to Dismiss (ECF No. 14); **DENIES** Defendants' Motion for Summary Judgment as moot (ECF No. 21); **DISMISSES** the Complaint, **with prejudice** (ECF No. 2); and **REMOVES** this matter from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: December 4, 2019

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE